IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER MEGAN BUDROCK, | |
| Plaintiff, | Case No.: 1:25-cv-13279 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | WUUPCKY |
| 3 | QIUYUEMIN |
| 4 | AIRNOGO |
| 5 | yyyibo |
| 7 | LINGFANG |
| 11 | Qimbytar |
| 12 | SevenMoon |
| 15 | Bolcguri FGD |
| 18 | Jiuvjie402 |
| 19 | Fine Decal |
| 20 | Tufeiwenhua |
| 24 | Jujumay Lifestyles |
| 32 | Heq-US |

DATED: January 2, 2026                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt